UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-160 (NEB/JFD) |
| Plaintiff, | |
| v. | AMENDED ORDER SETTING TRIALS |
| DANTRELL JOHNSON (2), GREGORY HAMILTON (3), KEON PRUIT (4), TYREESE GILES (6) JOSIAH TAYLOR (7), JARRETT ROBINSON (9), TREVAUN ROBINSON (10) CORTEZ BLAKEMORE (14), WILLIAM BANKS (19), WILLIAM JOHNSON (21), EARNEST BOYD (23), GREGORY BROWN (26), MARQUES WALKER (27), CHRISTOPER LEE WASHINGTON (31), ERNEST KETTER (32), ROBERT LESURE (33), JA'DARIUS WRIGHT (38), CARLOS SERRANO (39), and RONNELL LOCKHART (40) | |
| Defendants. | |

The above-captioned case was originally indicted on April 26, 2023. (ECF No. 12.) It was designated as complex by United States Magistrate Judge John F. Docherty based on, among other things, the length of the alleged conspiracy, the number of defendants, the number of overt acts alleged, and the volume of discovery. (ECF No 288.) On November 8, 2023, a Superseding Indictment was filed, bringing the number of defendants to 39. (ECF No. 450.) On March 6, 2024, one more defendant was added to the Second Superseding Indictment, bringing the total number of defendants to 40. (ECF

820.) On February 12, 2025 a Third Superseding Indictment was filed, and no new defendants were added to the case. (ECF No. 1708) After several pleas have been entered, the remaining nineteen defendants are scheduled for trial.

The Court filed an order setting these defendants for trial on December 11, 2024. (ECF No. 1599) After discussions with the U.S. Marshal Service, the Court needs to reduce the number of defendants in some of the currently scheduled trial dates, based on the size of the courtroom and the need for the necessary amount of Marshal personnel. Thus, the Court concludes that it must add one additional trial to reduce the number of defendants in each trial. The Court has moved all other pending cases and trials before it in order to accommodate this additional trial.

The Court HEREBY ORDERS the following amended trial schedule.

**Trial March 17 – April 11, 2025**

| Defendant Number | Defendant | Counsel |
|---|---|---|
| 2 | Dantrell Johnson | John Conard |
| 3 | Gregory Hamilton | Bruce Nestor |
| 4 | Keon Pruitt | Daniel Gerdts and John Brink |
| 21 | William Johnson | Awaiting counsel appointment |

**Trial May 12 – June 2, 2025**

| Defendant Number | Defendant | Counsel |
|---|---|---|
| 6 | Tyreese Giles | Bruce Rivers |
| 7 | Josiah Taylor | Peter Wold |
| 10 | Trevaun Robinson | Paul Engh |
| 19 | William Banks | Catherine Turner |
| 26 | Gregory Brown | Daniel Adkins |
| 27 | Marques Walker | Kevin Riach |

**Trial June 9 – July 2, 2025**

| Defendant Number | Defendant | Counsel |
|---|---|---|
| 9 | Jarrett Robinson | Lousene Hoppe |
| 31 | Christopher Lee Washington | Glenn Bruder[1] |
| 32 | Ernest Ketter | Jill Brisbois |
| 38 | Ja'Darius Wright | Andrew Birrell and Ian Birrell |
| 39 | Carlos Serrano | Mary Shaw and Michael Bernays |
| 40 | Ronnell Lockhart | Matthew Mankey |

---

[1] With this order, Defendant Washington's Motion to Move Defendant Christopher Washington's trial back to June 9, 2025 (ECF No 1685) is GRANTED.

Trial July 7 – July 25, 2025

| Defendant Number | Defendant | Counsel |
|---|---|---|
| 14 | Cortez Blakemore | Marcus Almon |
| 23 | Earnest Boyd | Arthur Waldon IV and Charles Hawkins |
| 33 | Robert Lesure | George Dunn |

The ends of justice are served by allowing the parties additional time to prepare for trial, which outweighs the interest of the public and the defendants in a speedy trial. The Court thus continues to exclude the speedy trial time from February 14, 2025, until each trial date listed below by the Court pursuant to 18 U.S.C. Section 3161(h)(7)(A).

The parties and attorneys involved in each case should be prepared and available for trial on these dates. An amended date-certain trial order will follow with the deadlines for trial document filings for the June and July trials.

Dated: February 14, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge