# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: 23-cr-160 (10) (NEB/JFD) |
| | ) | Date: May 19, 2026 |
| v. | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 13W |
| TREVAUN ROBINSON, | ) | Court Reporter: Renee Rogge |
| aka Tricky Tre, | ) | Time Commenced: 11:15 a.m. |
| Defendant. | ) | Time Concluded: 12:05 p.m. |
| | ) | Time in Court: 50 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Albania Concepcion and Robert Tucker, Assistant U.S. Attorneys
    For Defendant:    Paul Engh, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Verdict | BOP | SR |
|---|---|---|---|
| 1sss | X | 120 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restricted and sealed filings at ECF Nos 2733-2734, 2788 shall be sealed or restricted for 15 years (5/19/41).
☒ Counts 3sss and 6sss of the Third Superseding Indictment is dismissed based on the jury's acquittal of those counts.
☒ Defendant is remanded to the custody of the USM.

Date: May 19, 2026

                    s/Kristine Wegner
                    Courtroom Deputy to Judge Nancy E. Brasel